# In the United States Court of Federal Claims

No. 18-801L
(Filed: October 1, 2021)

```
*************************************
                                    *
ALLAN BROWN, and,                   *
BROWN SOD FARM,                     *
                                    *
            Plaintiffs,             *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
                                    *
*************************************
```

## ORDER

Pursuant to the status report filed on October 1, 2021, the Court continues the STAY of the case. The parties shall file a joint status report on the progress of their settlement efforts by November 5, 2021.

**IT IS SO ORDERED.**

s/ Edward J. Damich
EDWARD J. DAMICH
Senior Judge
